UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                         CASE NO. 2:24-CR-20004-001

MEGAN DEANNA SCHROEDER                                                              DEFENDANT

### ORDER

The Court ADOPTS the report and recommendation (Doc. 27) entered in this case and accepts Defendant's plea of guilty to Count 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 31st day of May 2024.

*/s/ P. K. Holmes III*
P.K. HOLMES III
U.S. DISTRICT JUDGE